Thomas L. Hamilton, Suing on Behalf of Himself and Any Other Stockholder of Metropolitan Jockey Club Wishing to Join in This Suit and to Contribute to the Costs Thereof, Respondent, v. Kate D. Wood and Others, Appellants.— Order denying motion for a change of place of trial from Rockland county to Kings county reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The motion papers clearly establish that the cause of action arose in Kings county, and that the convenience of witnesses will be served by the trial of the action in that county. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

Ray G. Harrison, Appellant, v. Tony Gargiulo and Michelina Gargiulo, Respondents.— In an action for damages for breach of covenants respectively of seizin and of further assurance contained in a deed to plaintiff of certain real property in the county of Kings, judgment in favor of defendants dismissing complaint upon the merits and for $104 costs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

Hieronimus A. Herold, Committee of the Estate of Michael P. Flynn, an Incompetent Person, Respondent, v. Cohrone Boat Company, Inc., and Others, Defendants; David L. Hirsch, Appellant.— Order removing an action in replevin in the City Court and consolidating that action with an action brought for the foreclosure of a mortgage in the Supreme Court affirmed, with ten dollars costs and disbursements. Both actions involve the title to certain fixtures attached to and connected with real property — the plaintiff in the foreclosure action claiming under the terms of the mortgage, and the plaintiff in the replevin action claiming by virtue of a chattel mortgage. The question of title can best be determined in the action in the Supreme Court, without the circuity of action and the complications which would arise if the two actions were tried separately. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

Rose Hupola, Respondent, v. Jacob Kogel and Morris Kogel, Appellants, and George I. Matthews, Defendant.— Order granting plaintiff's motion for examination before trial of defendant Matthews and providing that the deposition so taken may be used on the trial of the action as the deposition of a witness against other defendants reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. There is pending an order for the examination of this defendant and the plaintiff is required to pursue her remedy under that order in amended or resettled form. Plaintiff's proof of her apprehension that she may not be able to subpoena the defendant as a witness at the trial does not constitute special circumstances in this case within the contemplation of section 288 of the Civil Practice Act. Lazansky, P. J., Young, Johnston and Adel, JJ., concur; Davis, J., dissents and votes to affirm.